In the Matter of JOHN F. O'NEILL against JOHN CASHMORE, as President of the Borough of Brooklyn, City of New York, and The City of New York, Respondents.—

Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.